

## THE MEDIA SCHOOL
INDIANA UNIVERSITY

October 14, 2025

Mr. Jim Rodenbush

Dear Jim,

This letter serves as formal notification of the termination of your employment with Indiana University, effective immediately as of today, October 14, 2025.

Your lack of leadership and ability to work in alignment with the University's direction for the Student Media Plan is unacceptable. As a result, leadership has lost trust in your ability to lead and communicate appropriately on behalf of the University. Therefore, we are moving forward with your separation from the University, effective immediately. You will not be eligible for rehire at Indiana University.

From this point forward, you are not to represent IU in any context as an employee.

If you are participating in an Indiana University health insurance plan, you will automatically receive information from the University Human Resources - Benefits Office about continuing your health insurance under COBRA.

Regards,

David E. Tolchinsky
Professor and Dean

Bloomington, IN 47405-1223