# IDS

Indiana Daily Student | idsnews.com

# CENSORED

## This is not about print.
## This is about a breach of editorial independence.

Indiana University fully cut the Indiana Daily Student's print newspaper — including the special publications — and had earlier indicated it ceased up to run — Oct. 14, issue 108, in our 158th year of publication, was set to go out Oct. 16.

IU and The Media School had previously directed the IDS to stop printing some coverage in our newspaper. Only the special editions, traditionally included as inserts to our paper. Telling the IDS to stop its print and center pieces in editorial content like *The Student Press Law Center* agrees and had told the university to reverse course.

After former Director of Student Media Jim Rodenbush resisted, IU faced this. When we asked them to rescind the order, it ran prior custody.

In the newsroom on Thursday, Oct. 14, and all other Thursdays from now on, will not have news, sports, arts or investigative stories. No letters. Not even the special publications they had originally wanted us to print.

We didn't make this call. Media School Dean David Tobinsky sent the order to us in an email responding to our appeal that the school not censor our newspaper. He didn't respond when we asked for clarification.

When approached Oct. 14, Tobinsky had no substantial response to questions surrounding Rodenbush's termination or costing IDS print entirely. Galen Clavio, the Media School's associate dean for undergraduate education, told the IDS his understanding was that an interim director of student media "has either been named or will be shortly" and a search is ongoing.

We reached back out to multiple administrators and IU spokesperson Mark Bode on Oct. 15 for further clarification.

"Indiana University is firmly committed to the free expression and editorial independence of student media," IU Bloomington Chancellor David Reingold said in a statement. "The university has yet and will not interfere with their editorial judgment."

"In support of the Media School and implementation of their Active Plan, the campus is completing the shift from print to digital effective this week," he continued. "To be clear, the campus' decision concerns the medium of distribution, not editorial content. All editorial decisions have and will continue to rest solely with the leadership of IDS and all IU student media. We uphold the right of student journalists to pursue stories freely and without interference."

As it stands, we have no way to trust this. To cut print entirely is a clear, blatant reaction to our process. Or maybe the university has learned that its reaction, too.

What happens to our advertising contracts, which make us income?

Over the university care of our reputation among advertisers plummets? It means the budget may not be the only casualty behind IU's decision.

What happens when the university decides it's had enough of our digital presence? That our independent reporting moves? benefit "the campus?" Perhaps it our ability cuts — news altogether of the aforementioned means — cutting back operations entirely could be framed as a budgetary decision.

The Media School is most in need no censorship than real solutions for student media. Is this really the best use of the university's resources? Or of ours? Editorial decisions, including the contents of our print product, firmly lie in the hands of the owners.

This is not about print. This is about a breach of editorial independence. If IU decides certain types of content are "bad for business," what stops them from prohibiting stories that hit too close to home on any other platform?

We don't want to say our voices are completely cut out. We've had extremely productive discussions with Michael Arnold, director of communications and journalism Michael Ali. When administrators are unwilling to bring student media to the table, there's no way to trust them are acting in good faith. When we directly brought up the potential the school would direct us to stop printing news in a meeting earlier this week with a Media School administrators, they danced around the issue.

We're waiting to come to the table. We will continue to resist as long as the university disregards the law. Any other means than court would be preferred.



Mia Hilkowitz
*Co-editor-in-chief*

Andrew Miller
*Co-editor-in-chief*



An Indiana Daily Student newspaper box sits empty Oct. 15, 2025, at the corner of East Sixth and North Dunn streets, in fully cut the print edition Oct. 14.

Indiana Daily Student
A2  idsnews.com  Oct. 16, 2025
Editors Molly Gregory, Chloe Oden, Natalia Nelson
news@idsnews.com

# NEWS

## Utilities fall back on goals amid AI data center boom

By Ella Curtin



A Duke Energy substation is pictured Oct. 1, 2025, at 1407 S. Rogers St. in Bloomington. The rise of the Rogers Street substation was installed in the 1940s.

## Filmmakers say free speech 'worth fighting for' in documentary

By Lev Collier

PROMO AND AN AD FOR A LOCAL NON-PROFIT (-$0).

Indiana Daily Student
Oct. 16, 2025  idsnews.com  A3
Editors Eri Carmen, Jack Davis
opinion@idsnews.com

# OPINION

### SASHA'S SHEETS

## Don't curse your gen eds. Learn for learning's sake

Sasha Burton (she/her)

### THE LYON LENS

## Short-term pleasure and long-term health: the science of drinking behaviors

Odessa Lyon (she/her)

# Habitat for Humanity to host 15th build with IU Kelley

## Volunteers will build five homes in southwest Bloomington beginning Oct. 16

By Ella Carlin



The Habitat for Humanity of Monroe County office is pictured Oct. 13, 2023, at 213 E. Kirkwood Ave. in Bloomington. The nonprofit partnered with the Kelley School of Business and Whirlpool Corporation for its 15th annual Whirlpool Habitat Build.

AROUND -$500
IN ADVERTISING.

Editors Jonathan Finn, Dylan Jones · enterprise@idsnews.com　A5



## ENTERPRISE

# For IU women's wrestling club, fighting is family

By Nadia Suben







Wrestlers practice takedowns during a team workout Oct. 7, 2023, at Bloomington High School North in Bloomington. The Cougars were preparing for the upcoming wrestling season.




A core principle of wrestling, a sport demanding aggression, is that what happens on the mat stays there.

# ARTS



## Dance of 'Hamlet' provides artistic take

By Sophie Albert
salbert@iu.edu



Performers Grata Hodginson (top) on the floor after her character's death while Guillaume Côté leans over her during a performance "The Tragedy of Hamlet, Prince of Denmark" created by Côté. Dancers and Iu Ballet Theatre interpreted the classic play through movement, light and shadow.

PHOTO COURTESY OF ADRIAN BOLETSKA

## Furry friends light up the night for 'Howl at the Moon'

Canines and their companions gathered for a night walk and received free glow sticks

By Emily Shannon
eshannon@iu.edu

Fuli has Paw wears an orange pumpkin costume at the Howl at the Moon glow walk Oct. 13, 2025, at Switchyard Park in Bloomington. The city held dog-friendly events during the month.

LILY SAYLOR | IDS

## COLUMN: Hollywood keeps re-reading the same love stories

By Ursula Strickelmayer
ustrickel@iu.edu

---

## Student community builds new bands and inspires musicians



Clams' rock cover band Always Late plays at the the Battle of the Bands hosted by Bloomington Delta Music Club on Oct. 13, 2024, in Waywall Hall. Always Late won last year's battle.

PHOTO COURTESY OF EMA FJ CANVELA

By Ovela Klaus
oklaus@iu.edu

AD FOR A LOCAL
NON-PROFIT
(-$0). -$258.62
IN ADVERTISING.

## Jacobs alum Daniel Lelchuk blends virtuosity and vision in 'Cello Sonata'

By Abby Whitad
*idsnews.com*



Cellist Daniel Lelchuk and composer Adam Vasi release in the recording studio at the UCLA Herb Alpert School of Music in May 2023. Their collaboration, "Cello Sonata," was released to music streaming platforms Sept. 26.

Since earning his cello performance diploma from the Jacobs School of Music in 2012, Daniel Lelchuk has built a wide ranging career within the music world that bridges performance, education and artistic direction.

His latest musical venture, a new recording titled "Cello Sonata," marks just another step in his creative journey. The piece, a collaboration with contemporary composer Adam Vasi, was released Sept. 26 on Spotify and Apple Music.

Following his education at Jacobs, Lelchuk has explored various musical prestigious ensembles, including the Louisiana Philharmonic Orchestra and the Royal Opera House Muscat, where he served as associate principal cellist and principal cellist, respectively. His solo performances have seen him renowned stages around the world, such as the Carnegie Hall in New York and the Bravo! Festival and Rome's Villa Aurora.

Beyond performance, Lelchuk has carved out a multi-faceted career. He is the founder of the Antigua Chamber Music Festival, host of the podcast "Talking Brass with Daniel Lelchuk," and co-founder of a curriculum for the music education movement for Boston's Carriage House Violins.

"I'm very lucky, and I think I'm in the unique position that I've been able to see the music world from the full-time performance

view, from the 21st century tech-pedagogical view and then also from the business point of view," he said. "So, I think I've just been very fortunate to have this perspective of three-pronged career."

Twenty-two-year-old composer Adam Vasi, whose work is published with Hal Leonard and Sono Barbaro Music Publishing, had the idea for "Cello Sonata" years ago. Vasi approached Lelchuk about a possible collaboration and composed the piece over the next several months.

The sonata was recorded in Los Angeles in May 2023. It is a sprawling, 13-minute piece that goes in many different musical directions. It opens with a series of climatic runs, which are central to and at the end of the piece.

The final recording features Lelchuk on cello and Vasi on piano, creating an ongoing dialogue between the two instruments.

"The piece is really special because of the way the piano and cello interact," Lelchuk said. "It's almost improvisatory in the feeling, but it is so composed."

Vasi described his compositional process as building on emotion from the natural state to a most dramatic moment, crafting a journey through contrasting melodic and tones. His creative vision was for the piece to be an exploration of musical color, expression and vibrance.

"It was fitting to draw some more inner what I do with that connection and make into musical gestures that

feel kind of really connected to nature," he said. "So, like, the music itself is very fluid, very emotive and expansive in some ways."

The combination of Lelchuk's experience with Vasi's fresh compositional voice resulted in a piece that felt both emotionally resonant and technically virtuosic.

For the recording, Vasi wanted to capture a feeling with the result that felt best. As with many classic pieces, the two musicians had to play off each other and make it through the whole piece, and also really lean into musical gestures that

### COLUMN: 'Maintenance Required' shifts the rom-com genre into high gear

By Ursula Strickelmaier
*idsnews.com*



Madeleine Petsch (left), Madison Bailey (middle) and Katie O'Brien (right) act in the film "Maintenance Required." The movie was released Oct. 3, 2025.

"You've Got Mail" swaps out bookstores and emails for auto shops, socket wrenches and engine car tunes in Amazon's latest rom-com, "Maintenance Required." Released Oct. 3, the film switches lanes from the typical rom-com formula with a few surprising stops along the way.

The movie follows Charlie (Madeleine Petsch), a car lover who runs an all-female mechanic shop called O'Malley's. When Madeleine Brex, a corporate competitor of O'Malley's, moves across the street and starts stealing business, Charlie shares her worries with her anonymous online confidant, Bellevue. What Charlie doesn't know is that Bellevue's real identity is Beau (Jacob Scipio), a corporate shark at Miller Brex and one of the very same people trying to shut O'Malley's down for good.

From the synopsis alone, it's obvious why the film has been compared to the beloved "You've Got Mail," starring Tom Hanks and Meg Ryan. In the 1998 rom-com, Ryan's character struggles to keep her independent bookstore afloat when a corporate book retailer, run by Hanks' character, sets up shop around the corner from hers. Hanks and Ryan love to hate one another — until they realize they are also falling in love online after connecting anonymously on a dating app.

As soon as I mentally made that comparison, I was unable to forget the connection while watching this movie. While I love "You've Got Mail" and think that the two movies aren't dating after the amount of chemistry they had throughout the film, with the two leads are slightly unbelievable that the two characters aren't dating after the amount of chemistry they had throughout the film, with the two leads moved out as strong female secondary leads.

"It has a sort of ambiguous, almost disturbing end-ing to it that is rather unsettling," she said. "But it's a really fun movie that I would recommend to anyone."

While I was not entirely convinced of the chemistry between the two films, I was happily surprised by how much I ended up enjoying the Amazon rom-com.

To start things off, the chemistry between Petsch and Scipio became an outstanding factor in what made the film feel so realistic. They made the film feel so much like an average romance that the two almost feel unbelievable that the two characters aren't dating after the amount of chemistry they had throughout the film, with the two leads moved out as strong female secondary leads.

Beau's character being down on his luck is the one who loses his passion and ends up being chosen by chance to go undercover as a part-time employee at O'Malley's. While that is a choice — his character down on his luck is the one who loses his passion.

Some of the funniest parts of the film is the banter shared between the two and made me laugh more than once.

Another character who excelled at playing the co-worker role was Mac (Miller [Kim Gallego]). The CEO of Miller Brex wasn't too much of a lead throughout, but the mountains he was more memorable. Gallego's portrayal of an out-of-reach CEO works so well, that at points it felt like more of a scene straight out of "Saturday Night Live" than anything else.

As a woman who loves cars, I am all for seeing women kick butt in the auto industry. But there are some points in "Maintenance Required" that felt extremely problematic in the way Charlie's character is repeatedly mentioned how remarkable she is in the motor industry in more than capable she is in the motor industry to know that remains underscored at the motor industry to know that everyone underscored at the motor industry to know that everyone underscored at the motor industry to know that everyone underscored at the motor industry.

Despite the "Maintenance Required" is more fun than I could have possibly imagined. Its acting may be cheesy in points, and the characters may have their more-than-cheesy mo-ments, but with a rom-com such as this, the only thing that matters to me is if it can make me laugh. It's an expectation that was surpassed many times throughout my watching.

So, whether you're a sucker for a romcom love story or you just want to admire some vintage vehicles, "Maintenance Required" is a joyride from start to finish.

### COLUMN: Dwayne Johnson reinvents himself with 'The Smashing Machine'

By Nakoa Fuentes-Kahaw
*idsnews.com*





BRYCE STOLL/IDS GRACE Dwayne Johnson and Emily Blunt act in the film "The Smashing Machine." The movie released Oct. 3, 2025.

Dwayne "The Rock" Johnson is an enigma.

From 2001-24, he starred in four live-action features at the box office, by his span, "Jungle Cruise" was a serviceable Disney movie based on the Disney World ride. The other three were less-than-impressive, including "Jumanji: The Next Level" in 2019, "Black Adam" in 2022 and "Red One" in 2023.

Johnson is currently one of the biggest names in Hollywood. A National Research Group survey from February 2025 asked which actors brought people into theaters. Johnson finished third behind Denzel Washington and Tom Cruise. It's pretty incredible given his recent films largely flopped at the box office.

With the release of his fifth live action role since 2021, "The Smashing Machine," Johnson has done what some wondered he would ever be able to do.

He starred in a good movie — and his acting is worthy of award recognition.

Which begs the question: why wasn't "The Rock" doing this before when he's more than capable?

"The Smashing Machine" is Benny Safdie's first feature film as a solo director after directing five films with his brother Josh, including "Uncut Gems." The movie is a biopic of real-life MMA fighter Mark Kerr, played in the early 2000s.

Throughout the film, Safdie asks a lot from Johnson and his character. Physically, Johnson is a nearly unrecognizable behind layers of prosthetics, brought on by makeup artist Kazu Hiro. But mentally, it is a far cry from the Johnson we're all used to seeing.

It is, at the end of the day, it's Johnson's performance that I'll remember above anything else the movie portrays.

Mark Kerr (Johnson), a mixed martial arts fighter from the late 1990s, is the center of the biopic, which is based on the 2002 docu-mentary "The Smashing Machine: The Life and Times of Extreme Fighter Mark Kerr." Johnson's co-star, Dawn Staples (Emily Blunt) and Mark Coleman (Ryan Bader) provide support-ing roles in the biopic of Kerr's life, bringing conflict and comfort to the story.

Safdie asks a lot from Johnson and his character. Physically, Johnson is nearly unrecognizable behind layers of prosthetics, brought on by makeup artist Kazu Hiro. But mentally, it is a far cry from the Johnson we're all used to seeing.

Sure, watching him make a smoothie with one and a half bananas is fine, but it's the scenes where Blunt or even just Johnson by him-self that make his perfor-mance stand out.

So where has this ver-sion of Johnson been? On-screen, he's doing his best performance, and considering Johnson's last five action fea-tures, a version of Johnson that is more than capable of doing a good job.

Though it will likely be a tough group of best ac-tors this year at the awards season, with Leonardo Di-Caprio, Timothée Chalamet and Daniel Day-Lewis all releasing films, I think John-son has a real shot at win-ning the golden prize. Nom-inating him before was the clear best look for Johnson, since the film is a comedy and for most of its runtime.

The "Big role are the se-quences of action and vul-nerable moments that give Johnson his time to shine. Johnson shows he is clearly can be.

## -$315.20 IN ADVERTISING.

---


# PHOTO
### A9

## Behind the scenes of the Great Glass Pumpkin Patch

Photos by Trinity Stockwells / IDS



1



2

3



4

5



6



7

8

1. Glass pumpkins sit on the table at the Great Glass Pumpkin Preview on Oct. 4, 2025, at the Bloomington Creative Glass Center in Bloomington. Volunteers organized the tables in order of price.

2. Bloomington Creative Glass Center Executive Director Abby Gitlitz torches a pumpkin Oct. 4, 2025, at the Bloomington Creative Glass Center. The pumpkins were made during regular demonstrations open to the public.

3. People shop at the 19th annual Great Glass Pumpkin Patch on Oct. 11, 2025, at the Monroe County Courthouse lawn in Bloomington. Glass pumpkins were made at the Bloomington Creative Glass Center.

4. Bloomington Creative Glass Center worker Nicole Reyo uses a steroid on a pumpkin at the Great Glass Pumpkin Preview on Oct. 4, 2025, at the Bloomington Creative Glass Center in Bloomington. Songy made a pumpkin in the patch.

5. Glassblower Torben Songy blows into a hose attached to make a pumpkin at the Great Glass Pumpkin Preview on Oct. 4, 2025, at the Bloomington Creative Glass Center in Bloomington. Songy made a pumpkin in the patch.

6. Bloomington Creative Glass Center volunteer Ali takes for the Great Glass Pumpkin Preview on Oct. 4, 2025, at the Bloomington Creative Glass Center. The glass pumpkins are made for the patch.

7. A Bloomington Creative Glass Center volunteer takes a photo of a glass pumpkin at the Bloomington Creative Glass Center on Oct. 4, 2025, in Bloomington. The volunteers arrived at the event two hours early to unload and organize the pumpkins at the Great Glass Pumpkin Patch.

8. Glass pumpkins sit in the grass at the Great Glass Pumpkin Patch on Oct. 11, 2025, at the Monroe County Courthouse lawn in Bloomington. Abby Gitlitz, the executive director of the Bloomington Creative Glass Center, said about 40-60 volunteers helped blow glass pumpkins throughout the year.

Indiana Daily Student

# DeVries' roster can lead men's basketball into modern era

**By Nathan Strelberg**
nstrelberg@idsnews.com

*[article text]*

## COLUMN: Indiana just claimed the crown of college football

**By Quinn Richards**
qurichards@iu.edu



*Indiana defeats defending champion Oregon 30-20 in its biggest win in decades.*

*[article text]*

AROUND -$250 IN ADVERTISING.

AROUND -$250 IN ADVERTISING.

**$1,864.94 IN LOST REVENUE.**



HOMECOMING
HOMECOMING
HOMECOMING
HOMECOMING
HOMECOMING
HOMECOMING
HOMECOMING
HOMECOMING
HOMECOMING
HOMECOMING

GUIDE
2025



## No. 3 Indiana football starts season 6-0







1. Redshirt junior quarterback Fernando Mendoza leans ahead before a matchup with Iowa on Sept. 27, 2025, at Kinnick Stadium in Iowa City, Iowa. Mendoza completed a 49-yard touchdown pass at the end of the game to seal the win for the Hoosiers over the Hawkeyes 20-15.

2. Redshirt junior quarterback Fernando Mendoza celebrates with senior wide receiver Elijah Sarratt after a touchdown against Kennesaw State University on Sept. 6, 2025, at Memorial Stadium in Bloomington. Sarratt scored two touchdowns in the game.

3. Head coach Curt Cignetti yells to reduce fans after the game against Iowa on Sept. 27, 2025, at Kinnick Stadium in Iowa City, Iowa. Cignetti yelled "Go IU! Go IU! Go IU!"

4. Redshirt junior quarterback Fernando Mendoza throws the ball in the game against Oregon on Oct. 11, 2025, at Autzen Stadium in Eugene, Oregon. Mendoza completed 20 passes in the game.

5. Redshirt junior linebacker Isaiah Jones celebrates during Indiana's 20-15 win against Iowa on Sept. 27, 2025, at Kinnick Stadium in Iowa City, Iowa. Jones finished the game with eight total tackles.

6. Hoosier fans shout during the final moments of the game against Oregon at Autzen Stadium on Oct. 11, 2025, in Eugene, Oregon. Fans flooded to the front rows of the stands in the final minutes of the fourth quarter.

# The history of IU's Homecoming court

## IU has celebrated Homecoming week in many forms over the years

By Grace Fridy
gfridy@iu.edu

IU is celebrating Homecoming this week, a long-standing tradition that first appeared 117 years ago.

IU's Homecoming court, which comprises IU undergraduates involved in the student community, was once a beauty contest that can be traced back to the 1940s. In 1909, the tradition of having a Homecoming queen was suspended, but Black students filed a complaint stating that they weren't selected for the court because of their race.

Former IU President Herman B Wells suspended the elections after the investigation concluded that the judging criteria was a form of institutionalized racism. In 1978, the competition was reinstated to provide undergraduate students with scholarships and recognition.

This year, there are 12 members of the Homecoming court, and the two winners will be announced on

the field at the Oct. 18 football game against Michigan State. Each winner will receive a $500 scholarship.

In recent years, there have been around 100 applicants annually for the Homecoming court. After around 12 members are selected, they are interviewed ahead of Homecoming week by a panel of judges that includes alumni, Ally Kittle, president of the Student Alumni Association and chair of the IAA's Homecoming planning committee, said these interviews account for the majority of how the court's winners are decided.

Over the years, students have served the court for various reasons. In 2024 interviews with the IDS, court members cited a desire to get more involved with the community, giving back and suggestions from peers and professors as reasons they decided to apply for Homecoming court.

Members of the court participate in various events throughout the week. On Monday and Tuesday, the

Student Alumni Association hosted a blood drive at the IMU that the court attended.

Another event the court participated in was Paint the Town Crimson, a collaboration with downtown businesses that allows students to paint their windows on Oct. 12. Each member of the court painted a window of a local business.

"Throughout the week, they all go around to pick up stuff, so the blood drive, and then Ride or Dye, the Town Run, which is all stuff like that, they help run throughout the week," Wolfgang said.

When Wolfgang first joined the IAA, the blood drive was a one-day event, but after its success last year, it expanded this year to last two days. Other events, like the IU Student Foundation's bike race, are meant to promote student involvement.

"We can see people from all over the campus, all over Bloomington in the parade in the same place," Wolfgang said.



The 2022 Homecoming court paces arm candy and smiles to the children along the parade route Oct. 7, 2022, on Woodlawn Avenue in Bloomington. The members of the court represented various student groups such as Kelley Student Government and the IU Student Foundation.

# Homecoming weekend event schedule

By Elizabeth Schutt
eschutt@iu.edu

Coming off Indiana football's win over Oregon Oct. 11, the Hoosiers are gearing up for Homecoming festivities. Beyond the Oct. 18 game against Michigan State, there are plenty of activities to celebrate the weekend long.

Homecoming weekend begins with the parade, including buses from organizations across IU following the theme, "Here's to Summer." The Homecoming parade will start at 5:15 p.m. and go from 17th Street and Woodlawn Avenue to 7th Street. A pep

rally will follow from 7:30 to 11 p.m. in Dunn Meadow.

The pep rally and Homecoming festival will include appearances from Hoosier Ira Mann, cheerleaders, and the Marching Hundred. Hoosiers can celebrate with activities including a pumpkin patch, a mechanical bull ride and a hot-air balloon.

For visitors in town looking for a sampling of the Bloomington food scene, Food Truck Friday provides an opportunity to snack and socialize. Truck options will include Bloomington classics such as Pili's Party Tacos, The Chocolate Moose, and Dinner Kebab. The event is from 11 a.m. to 4 p.m. at Switchyard Park.

Music fans can attend a concert by Andy West, associate professor of music, at Ford Crestwell Hall, West is bringing his music world for his guitar and trumpeting contributions to the bands Andy Fox-James and Cornwell, Cook and West.

Friday night sporting events include a men's soccer game vs. Hanover College at 6 p.m., at Bill Armstrong Stadium and a men's basketball exhibition game against Marian University at 7:30 p.m. inside Simon Skjodt Assembly Hall.

### Saturday, Oct. 18:
Saturday morning kicks off with the IU Alumni Association-hosted Home-

coming Huddle tailgate. Hoosiers young and old can gather at the Virgil T. DeVault Alumni Center at 9 a.m. to celebrate all things IU with live music, food and giveaways.

Finally, the Homecoming football game against Michigan State kicks off at 3:30 p.m. inside Memorial Stadium. Fans hoping to beat the lines can enter the stadium as early as 1 p.m. For other entertainment, B-town Boulevard on the South Lawn of the stadium hosts live music and games. The Boulevard will include live musicians, a kid zone and games. The Marching Hundred pregame show will begin at 2 p.m. inside Memorial Sta-

dium.

Besides sporting events, the Wylie Museum will be offering a historical craft workshop. There, they will be teaching Victorian-era art including hair wreaths and learning to play historic instruments. Cook and West.

Friday night sporting activity that wreaths were typically used to commemorate the death of loved ones, but the activity will focus on creating keepsakes for the purpose of remembrance.

### Sunday, Oct. 19:
Closing out the weekend, the PNB Center for Contemporary Arts is hosting the Bloomington Blaze and Boogie Wurlight Piano Festival. Performers include Silver Zheng, C.J.

Chenier, Henri Herbert and more. Artists will be playing a mixture of boogie-woogie and blues music from 1:30 to 8:30 p.m.

For lovers of Bloomington, Trailhead Pizzeria is hosting a Sunday Comedy Jam. Bands will be playing music from 6 p.m. to 8 p.m.

The School of Music students will perform choral music in the style of hymns during a Sunday service. The music will be performed with light organ accompaniment from 9 p.m. The Auer Hall inside the Indiana Memorial Union. It is designed to invoke contemplation among audience members.

-$545 IN ADVERTISING.







# Homecoming through the years






1. The Marching Hundred plays while fireworks explode at the end of the IU Homecoming pep rally the night before IU faced Illinois in 2005. Both IU and Illinois claimed they started the tradition of Homecoming.

2. Members of the Marching Hundred rest on a Sample Gates arch during the 2002 Homecoming pep rally. IU lost to IU in Iowa, 24-8.

3. Indiana Gov. Ralph F. Gates poses with twins Mary and Margaret Vaughan. Both women became Homecoming queens in 1948.

4. A handler holds the blaze mascot during the 1966 Homecoming game. After a long hiatus, the bison returned as the official mascot, with a different costume, in 2021.

5. Fans cheer during the Homecoming game against Michigan State in 2006. The Hoosiers beat the Spartans 46-21.

6. Bandsuppers perform at the Homecoming pep rally in front of the Sample Gates in 2003. IU lost to Northwestern 37-31.

7. Members of the Delta Sigma Theta sorority dance during the 2007 Homecoming parade. IU lost to Penn State that year 38-31.

8. Students carry masks and signs for the Homecoming parade in 1958. IU played the Minnesota Golden Gophers and won the game 6-0.






# Homecoming Court 2025




### Arashdeep Aulakh
*New York, New York*

**Senior studying finance, business analytics, & biology**

Organization: HooHier Bhangra

"Hey Hoosiers! I'm Arashdeep Aulakh, studying Finance, Business Analytics, and Biology. From late-night study sessions to game-day cheers, IU has given me memories and meaning I'll carry forever. I'm here to celebrate every Hoosier who's made this campus feel like home. Let's make this moment ours—together!"

### Maddie Bloom
*Fort Wayne, Indiana*

**Senior studying nursing**

Organization: Director of Student Athletic Board, Ambassador for the Endometriosis Foundation of America

"Hi! I am Maddie Bloom, and I am a Senior in the School of Nursing. Outside of academics, I am a Director on IU's Student Athletic Board, and a College Ambassador for the Endometriosis Foundation of America, advocating for early education and research for women's health on campus. I would be honored to have your vote!"

### Jess Brown
*Columbus, Indiana*

**Senior studying nonprofit management & leadership**

Organization: IU Student Foundation Steering Committee

"Hi, my name is Jess Brown and I am on the IU Student Foundation's 2025-26 Steering Committee! My favorite thing about IU is the close-knit community and spreading the Hoosier Spirit at all the events campus-wide. I'm so excited to be on Homecoming Court and represent IU - please vote for me!"

### Lola Hawk
*Indianapolis, Indiana*

**Senior studying biochemistry and molecular life sciences**

Organization: Co-president of Culture of Care & Site Coordinator for STEM Outreach

"Hello! I am a senior from Indianapolis, IN, double majoring in Biochemistry and Molecular Life Sciences. I serve as Co-President of Culture of Care and Site Coordinator for STEM Outreach. I am also currently applying to medical school to continue my mission of service to the community."

### Mary Higdon
*Seymour, Indiana*

**Senior studying elementary education**

Organization: Independent Council

"Hello! My name is Mary Higdon and I am running for Homecoming Royalty! I am representing Independent Council, a social-philanthropic organization for non-Greek women and non-binary students. I love IU because it responds to culture and that every student gives me direction I am someone and I can make a difference!"

### Carson Johnson
*Greenfield, Indiana*

**Senior studying public relations**

Organization: IU Student Television, IU Gymnastics Club, and student communications assistant for the Media School

"Hey there! I'm Carson Johnson, a senior from Greenfield, Indiana, majoring in public relations with a minor in law and public policy. I'm a Student and Holland Scholar, a reporter for IU Student Television, a member of the IU gymnastics club and a student communications assistant for the Media School."

### Talayeh Marshall
*Indianapolis, Indiana*

**Senior studying law and public policy**

Organization: IU Student Government & Delta Sigma Theta Sorority

"Hi Hoosiers! I'm Talayeh Marshall, a Senior majoring in Law and Public Policy at O'Neill School. From IU Student Government to Delta Sigma Theta Sorority, Inc. and local volunteer work, I love serving my community. I'm passionate about unity, inclusion, and service. Vote Talayeh for 2025 Homecoming Royalty!"

### Madison Moss
*Knox, Indiana*

**Senior studying biotechnology**

Organization: VP of Internal Affairs for Culture of Care & VP of Biotechnology Club

"My name is Madison Moss and I am a senior majoring in Biotechnology. On campus, I serve as the Vice President of Internal Affairs for Culture of Care and as Vice President of the Biotechnology Club. I am also an active member of IU Mixed and work as a research lab and as a GTA for several classes!"

### Anna Schlueter
*Noblesville, Indiana*

**Senior studying political science**

Organization: Student Athletic Board

"Hi! My name is Anna Schlueter and I'm a senior from Noblesville, IN majoring in Political Science with minors in Spanish and Business. I serve as a Vice President of Membership and Recruitment for Student Athletic Board and I am a member of Kappa Kappa Gamma Ministry Leader for Greek IV and Kappa Alpha Theta. Happy Hoo-Hoosier Nation!"

### Ayla Torres
*Syracuse, Indiana*

**Senior studying biology**

Organization: Ballet Folklorico

"Hi! I'm Ayla Torres, a senior studying biology with a minor in medical humanities. I am passionate about research, community, medicine, and bettering my community. I'm dedicated to helping others, fostering community, and mentorship. Vote for me to represent you with compassion, pride, and spirit!"

### Nita Wincel
*Whiteland, Indiana*

**Senior studying secondary education, biology/life science**

Organization: IU Marching Hundred

"Hi, I'm Nita! Hailing from Central Indiana, I'm a Senior Secondary Education major, IU Marching Hundred Alto Saxophone player, and proud Hoosier at heart. Vote Nita for Homecoming Royalty - see you on gameday!"

### Lorie Zagarzhevskiy
*Fishers, Indiana*

**Junior studying neuroscience & chemistry**

Organization: IU Dance Marathon

"Hi I'm Lorie Zagarzhevskiy, a junior from Fishers, Indiana, studying Neuroscience and Chemistry. I am representing the Student Athletic Board on this year's Homecoming Court! You can find me cheering on the Hoosiers at every sporting event, raising money for Riley Hospital for Children with IUDM, and volunteering with Intra-Collegiate Emergency Medical Services."

# A guide to Indiana's Homecoming parade

### Celebrate IU pride at the Homecoming parade Friday evening on Woodlawn Avenue

**By Zoe Reed**
idsnews.com

There's no set place like Homecoming at Indiana University, and it all kicks off with a beloved parade. Featuring the many student organizations in performances by the IU Marching Hundred and Alumni Band, the Homecoming parade is where tradition meets celebration.

The 2025 IU Homecoming parade begins at 5:15 p.m. Friday, Oct. 17, marking the traditional kickoff to Homecoming weekend. The parade starts at the intersection of 17th Street and Woodlawn Avenue, traveling south on Woodlawn Avenue and concluding at Seventh Street. Following the parade, the festivities continue at 7:30 p.m. with a pep rally in Dunn Meadow, setting the stage for Saturday's game against Michigan State.

The IU Homecoming parade is a cherished tradition that has evolved into a large showcase of university pride and community involvement. The tradition's roots trace back to the University's "Gala Week" in 1908, the first Homecoming event for alumni which included a football game, parade and the earliest references of a Homecoming parade goes back to 1921, with a photograph of a float from IU's 1923 Homecoming parade.

Some notable floats over the years include Sigma Nu's Viking ship float that won in 1958. The float featured a full-scale Viking boat with a dragon head at the front, striped sails, and oars spelling out "I.N.D.I.A.N.A." which extolled from the sides. The School of Optometry's "DJ Eye" from 1959 featured an eyeball mounted onto its own pair of sunglasses, with the saying "Eye IU Makes Spectacle of You" in 1976, the parade featured notable IU alumnus Jane Pauley as honorary parade marshal. She appeared on a western-themed "Round-Up Crossier" float with cowboy attire complete with a hat.

In 2021, the parade continues this legacy. Spectators can enjoy a variety of performances and displays along the parade route, including musical performances, themed costumes and creative floats from student organizations and local businesses. Attendees will also see the IU Marching Hundred and various IU Marching Hundred Alumni Band, performing live music.

The 2025 Homecoming theme is "Here's To Place Like Homecoming." Parade participants are encouraged to creatively incorporate this theme into their floats, costumes and performances, reminding attendees to celebrate what makes IU feel like home. Participating organizations can compete for plaques and trophies awarded at the end of the event.

Entries compete in one of four divisions that, decorated car, walking or musical. They will be judged on creativity, theme, presentation and originality, with floats and cars evaluated by spectator appeal and walking or musical groups evaluated on choreography, themes in each category receive a plaque, and the overall parade champion receives a trophy.

Spectators can line the streets on Woodlawn Avenue to enjoy the festivities. Arrive early to secure the best viewing spots, as prime locations can fill up quickly. Free parking is available Friday at Memorial Stadium and in lots near Simon Skjodt Assembly Hall, Bill Garrett Fieldhouse and other nearby athletic facilities.

However, attendees should be cautious about viewing cancellations, as the car may be ticketed or towed. Expect heavy traffic throughout Homecoming weekend and plan for extra time.

Monitor official IU Alumni Association channels for the latest event details or schedule changes.



FILE PHOTO | IDS
The Student Athletic Board float rolls down East 13th Street on Oct. 24, 2023, during the IU Homecoming parade in Bloomington. The first homecoming event for alumni was in 1908 and included a circus and banquet.

 

DENNA PAGE | IDS
A cheerleader is photographed during the homecoming parade Oct. 20, 2023, on Woodlawn Avenue. The cheerleaders cheered for IU as they walked in the parade.

DENNA PAGE | IDS
The Marching Hundred plays in the IU homecoming parade on Oct. 20, 2023, on Woodlawn Avenue. The Marching Hundred played music for parade watchers before the parade began.



FILE PHOTO | IDS
The Marching Hundred plays in the IU homecoming parade on Oct. 7, 2022, on 13th Street. One of the earliest references to a Homecoming parade at IU was in 1923.





2

PHOTOS BY KATHERINE KAY | IDS
1. Sweatshirts are seen with Indiana University's mascot, Hoosier the Bison, on them in the window of the store Greetings on Kirkwood on Oct. 13, 2025. The bison first served as IU's mascot in 1965 before being retired in 1969.

2. A hat and cup are pictured with Indiana University's Hoosier the Bison on them Oct. 13, 2025, at the Indiana Memorial Union. The Student Involvement and Leadership Center revived the bison mascot in 2023.

3. A shirt and sweatshirt are pictured with Indiana University's Hoosier the Bison on them Oct. 13, 2025, at the Indiana Memorial Union. The Bison mascot was reintroduced in 2023.

### COLUMN: Where to find the best bison merchandise in Bloomington

**By Hayden Kay**
idsnews.com

With the return of Hoosier the Bison as IU's official mascot, alumni returning for Homecoming can now find bison apparel at just about every IU merch store. What better way is there to show school spirit than celebrating the "homecoming" of this beloved symbol?

I set out to find what bison merchandise in Bloomington. The result is a few options that I hoped for — three stores, all within a few steps of each other. Of course, other stores like the bookstore in the Indiana Memorial Union that are worth checking out, as well. If you are going across town, I recommend visiting College Mall. While you're downtown this weekend, treat yourself — or someone else — and add the bison to your collection of IU gear.

**Greetings on Kirkwood**

If you're looking for out of the softest hoodies in town and easily find the place for you. Its bison hoodie comes in multiple colors — including cream, of course — and a graphic with the likeness of the mascot himself. There's even a shirt that features it in both youth and adult sizes. Bring a little shine to the little ones in the family where it comes to repping the Cream and Crimson. Go in and browse, or is there can you resist?

**The Indiana Shop**

Next, you can hit up a Bloomington merch staple and browse The Indiana Shop. Take a look at the wall when you enter the store, and you'll be met with plenty of options for durable bison stickers. Stick one on your car, water bottle or laptop to bring that Hoosier pride with you wherever you go.

Get into the fighting spirit with a red bison hat that features Hoosier blowing smoke from his nose. The hat is reasonably priced, with a punchy graphic so one else can get their eyes on it. The store's wall with a range of vintage or modern graphics. If cream and crimson aren't your colors, they also have a black and white sweatshirt that reps IU.

**Homefield at Tracks**

Something else you may have missed since last year is a rebranded Tracks. Have an IU top you simply can't part with? Pair it with a Homefield sweatpant set. This version of Hoosier has a nose ring and an attitude. Whether you're lounging around the house or sipping warm at a tailgate, these are a great option. Pair these with a red sweatshirt or one of the many Hoosier T-shirt Tracks has to offer.

-$1,046.40 IN ADVERTISING.

## INDIANA FOOTBALL ROUNDTABLE

*(photo)*

Senior linebacker Aiden Fisher watches as junior defensive back Amare Ferrell collects an interception against Iowa on Sept. 27, 2025, at Kinnick Stadium in Iowa City, Iowa. The Hoosiers mauled to 6-0 with a win over Oregon on Oct. 11.

PHOTO BY LAUREN MCCONNELL | IDS

# IDS reflects on 6-0 start, predict final 6 games

By Conor Banks, Dalton James and Quinn Richards
sports@idsnews.com

*(photo)*

The Indiana football team celebrates in the end zone after a play against Illinois on Sept. 20, 2025, at Memorial Stadium in Bloomington. The Hoosiers defeated the Fighting Illini 63-10.

# Indiana looks for win against Michigan State

By Conor Banks



Redshirt junior running back Lee Beebe Jr. and redshirt junior senior tight end Riley Nowakowski celebrate a touchdown during the Indiana football spring game April 17, 2025, at Memorial Stadium in Bloomington.

ARHIA FILE | IDS

PROMO AND
-$275 IN
ADVERTISING.



Indiana head coach Curt Cignetti stands on the field before the game against Iowa on Sep. 27, 2025, at Kinnick Stadium in Iowa City. The Hoosiers defeated Oregon on Oct. 11 ahead of their contest against Michigan State on Oct. 18.

# Cignetti deems response to top 5 win critical

## The Hoosiers improved to 6-0 with their 10-point victory over Oregon on Oct. 11

By Dalton James

Indiana football earned arguably its biggest win in program history over Rutgers, No. 3 Oregon. And it didn't matter who the Ducks — or Oct. 11, it gave Oregon its first loss at Autzen Stadium in nearly three years.

The Hoosiers moved 6-0 in the Curt Cignetti era against Oregon, securing a 30-20 win over them Oct. 11. The Associated Press Top 10 away from Bloomington.

But Cignetti said he wants his squad to 'lay off' his team. He preached the Hoosiers' victory over the Ducks is in the past — just like they were — and he doesn't want his squad dwelling on it.

"You focus on Michigan State," Cignetti said during his postseason rollout Oct 13. "That's what I have in my mind. The response coming off of this game is the biggest key."

The Hoosiers' win made appearance last year against Oregon.

"You have to be able to respond," Cignetti said. "That's what good programs do, and the great programs and prominent media numbers took notice.

The Hoosiers have not top 10 wins, two at home and one on the road.

Cignetti's squad has met every challenge, put on this season and conquered each of them because of the Oregon contest for the program on. The win he's talked about since the beginning of January when the team arrived in Bloomington.

The Hoosiers have been humble and hungry. They've prepared properly, Cignetti said, and displayed it time and time again. But Fox's Joel Klatt said it a team like Ohio State, Penn State or Michigan went into the foot position for success. Confidence comes with proper preparation, Cignetti said it also "brings out your best."

Still, prideful media doesn't matter to the Hoosiers.

"So, this game gives you nothing," Cignetti said. "You got to earn everything, and it's all about our mindset and our preparation."

Indiana has six games remaining on its record-season of the Oregon win. Three games at home and three on the road.

"Now, it's really important that we understand who we really are," Cignetti said, "and what's got to go into this point, all week long, no matter who we really are."

The Hoosiers' offense has asserted itself as one of the nation's best. So has redshirt junior quarterback Fernando Mendoza, who's named 17 touchdown passes and just two interceptions. He's run for two fourth-quarter interceptions, which came at Iowa and Illinois, with games remaining.

Indiana's defense largely halts Oregon's high-flying offense. It notched six sacks, eight tackles for loss and two interceptions. The Hoosiers allowed just 20 yards to the Ducks, a team that topped the conference and averaging 40.9 points per game.

So, again, the statistics prove Indiana to No. 3 in the AP Poll or in the national championship conversation.

It all goes back to the characteristics of Cignetti's team, which are best present in the Hoosiers after this week's win.

"That's really import
ant that we understand who we really are," Cignetti said, "and what's got to go into this point, all week long, no matter who we really are, and at the point, you know? The Hoosiers' offense has asserted itself as one of the nation's best. So has redshirt junior quarterback Fernando Mendoza, who's named 17 touchdown passes and just two interceptions."

The Hoosiers have been humble and hungry. They've prepared properly, Cignetti said, and displayed it time and time again. But Fox's Joel Klatt said it a team like Ohio State, Penn State or Michigan went into the football position for success. Confidence comes with proper preparation, Cignetti said it also "brings out your best."

Still, prideful media doesn't matter to the Hoosiers.

Now, the Hoosiers are tasked with retaining the Old Brass Spittoon against Michigan State at 3:30 p.m. Oct. 18 inside Memorial Stadium in Bloomington.

The Spartans (3-3, 0-2 Big Ten) enter the contest after a 25-point loss to UCLA in East Lansing, Michigan. They've dropped games against USC and Nebraska, which are both ranked.

Cignetti sees Michigan State as a "big-time opponent." The Hoosiers redshirted the Old Brass Spittoon last season, 31-17, and look ahead.

But for all the success Indiana has enjoyed through its first six games, it's just halfway through its 12-game marathon. No win is guaranteed. That's why 60 minutes are played on the gridiron.

"You also understand we're in a production-oriented business and what really means squad," Cignetti said, "because you watch a news will be enough to will be largely determined by what we do today [Monday], tomorrow [Tuesday], Wednesday [Wednesday], Thursday, and then obviously Friday leading to 3:30 p.m. from play one to 150."

## IU football LB Aiden Fisher earns Player of the Week

By Dalton James

Aiden Fisher sat inside the Dan Crabtrack Team Room following the first half of Indiana's Oct. 11 victory over No. 3 Oregon. The halftime junior linebacker was locked down and refused to be denied.

He said playing in big games and improving prior outcomes is "why you come to Indiana."

The Hoosiers proved Fisher's point, turning a 30-point win over No. 3 Oregon on Oct. 11 at Autzen Stadium in Eugene, Oregon.

Fisher put together a dominant performance in the Hoosiers' biggest game of the season and earning his Big Ten Defensive Player of the Week, according to the conference's release Oct. 13.

Fisher had 13 total tackles against the Ducks, leading Iowa of show for himself. He also racked up 2.5 sacks and a tackle for loss, making a game and 3D points.

"Obviously, we win momentum, most of that time," Cignetti said during his Oct. 13 postseason. "You know, Iowa, second half, gave up that couple tackles, are no scoring the last drive — we were on the same defense."

Fisher now has 57 to
tal tackles and 2.5 sacks through the Hoosiers' six games this season.

## A resilient fourth quarter headlines Indiana's win over Oregon

By Conor Banks

With 13 minutes remaining in the ranked matchup between No. 7 Indiana football and No. 3 Oregon, the Hoosiers led 20-13 and had the ball — the half — poised to close the game out.

On a 3rd and two play, Indiana quarterback Fernando Mendoza dropped back to pass. However, multiple Oregon defenders converged upon the redshirt junior, who launched the ball into the air off his back-foot while under pressure.

The ball landed short of the intended target and midfield. It didn't take long for the defense to solidify Oregon's 15-yard offensive line and the game, tying it up.

Meanwhile, the Hoosiers went on to add 10 more points, walking away with their offense in the progressively reliant offense. The team, he said, had "shut up."

Cignetti and Cragen's messages echoed through the Indiana locker room throughout the fourth quarter, as the Hoosiers continued its onslaught on Oregon's fourth-quarter defense.

Despite the potentially game-defining mistakes the previous drive, Mendoza shook it off and returned to the field with confidence on the next possession. The Hoosiers made a crucial connection to senior wide receiver Elijah Sarratt on a 28-yard completion to set the Hoosiers up for a 3rd-and-short drive. Three plays later, the duo connected again. This time, the run and capped off a 15-play, 75-yard scoring drive led by Mendoza.

"That's looking right

there," Cignetti said post-
game. "That's like being a rubber ball, right? If you're not resilient, you don't want to be like the crystal chandelier. When you drop it, it breaks into a million pieces. You want to be like a rubber ball. It bounces it high and hits the ground. That's what he did after he threw the interception. He came back and moved to the field with confidence on the next possession. The Hoosiers made a crucial connection to senior wide receiver."

Indiana's offense only combined to display its toughness against a tough field and unfortunate circumstances down the stretch against the Oregon defense. The Hoosiers put up 30 against a stout Oregon defense, which entered the game ranked 6th in the nation against the run.

On the Ducks' ensuing drive, Indiana senior defensive lineman Stephen Daley tipped a pass at the line of scrimmage, and the ball hung in the air briefly, before senior defensive back Aemon Rivero jumped in front of the intercepted pass and intercepted it for a pick-six.

The moment, his interception returned the game-defining mistake on the previous drive, Mendoza made a crucial connection to the fourth quarter and tied up the fourth.

"We knew that we were going to be resilient in the game, they're the number three team in the nation," Daley said. "And we knew that we had to overcome resilience and adversity at times. I think we showcased that perfectly."

While the Indiana defense failed to record a turnover through the first three quarters, it forced two game-winning turnovers in the game of the final frame. The second interception, returned by redshirt junior linebacker Isaiah Jones, sealed the Hoosiers' win and their 30-20 victory in the final minutes.

"When the offense was on the field and we needed a game-winning drive, we did it," Mendoza said postgame. "When the defense needed a game-winning stop, we did it."

Prior to the loss, the Ducks had won 24 consecutive home games — the longest active streak in the nation. The Hoosiers exited Autzen Stadium as not only the first team to defeat the Ducks at home since November 2022, but also the first opponent to beat them by double digits over the same span.



ILLUSTRATION BY

# Campus goes loco for hoco

## 2025 Homecoming week events

By Lexi Bunting

As Homecoming week arrives, IU's campus is highlighting the culture and community of Hoosier life. From long-standing traditions to new-found events, Hoosiers have plenty of ways to celebrate their pride and connect with campus.

### Thursday

This year's theme is "To Place, Like Homecoming," a play on words pushed by "The Wizard of Oz." The Indiana Student Alumni Association and various student-run organizations are hosting many events during the week showcasing Hoosier pride, creativity and culture leading up to Saturday's big game.

### Friday

Friday ushers the start of IU's Homecoming weekend, as pageantry and school spirit take over all of Bloomington.

The Independent Council will host "Paws and Crawls" — an event where participants have the chance to adopt animals up for painting pumpkins and tote bags — at the Global

and International Studies Building on Oct. 16, from 6-8 p.m.

The Homecoming parade will kick off at 5:15 p.m., traveling down Woodlawn Avenue from 17th Street to Seventh Street. The parade will feature floats, student organizations, community groups and the IU Marching Hundred.

Following the parade, the celebration moves to Dunn Meadow for the Student Alumni Association's Homecoming pep rally. The fantastical "Yo Place Like Homecoming" themed celebration will feature food, games, music and performances.

Going on at the same time, the IU Jacobs School of Music will hold the Hoosier Spirit Quarter-in-residence concert at the Simon Music Center, 200 S. Eagleson Ave. from 8-10 p.m.

The IU Auditorium will stage "The Tragedy of Hamlet, Prince of Denmark" by Cliff Cross & Co.

The Martina presents a ceremonial interpretation of the Shakespeare classic at 7:30 p.m.

### Saturday

The biggest day of homecoming starts off bright and early with the Hoosier Huddle Tailgate hosted by the IU Alumni Association at 9 a.m. at the Virgil T. DeVault Alumni Center. The event will include food, drinks, music and games to get Hoosiers of all ages.

At 3:30 p.m., IU's football team will face Michigan State at Memorial Stadium for the 2025 Homecoming game. During the game's halftime, the homecoming court winners and new crowned queen will be announced.

PROMOTIONAL
SPACE

# Welcome home!

### Here's new food and fun in Bloomington

By Sydney Weber
scweber@iu.edu



An employee works behind the counter Sept. 10, 2025, in La Dulce Chocolate in Bloomington. The shop opened in August and sells Dubai chocolate.

KATELIN WILSON | IDS

**La Dulce Chocolate**

The new sweet shop La Dulce Chocolate opened in Bloomington on Aug. 10 at the corner of West Kirkwood Avenue and South Indiana Avenue, at the former site of Mr. Tokyo. La Dulce Chocolate sells the TikTok-viral Dubai chocolate strawberry cups — made of chocolate, pistachio cream and a toasted, shredded phyllo dough called kanafeh — as well as cheesecake, waffles and chocolate bars.

For a unique pre-game treat, try checking out the Lababu Dubai chocolate bars, which is made with the same ingredients as a regular Dubai chocolate bar, but is molded into the shape of a Lababu, a popular monster-super toy.

**Hoosier Alley Entertainment**

Bowling and laser tag, axe throwing and roller skating Hoosier can. You and your friends can make up the new Hoosier Alley Entertainment, which opened in September at 2424 S. Walnut St.

The axe-throwing section has various challenges, from classic bullseye tests of accuracy to a duck-hunting simulation. In addition to the activities, Hoosier Alley houses a restaurant and bar which offers tacos, pizzas and desserts.

**Spudtacks**

Spudtacks, a new restaurant specializing in stuffed baked potatoes, opened at the beginning of August at 214 N. College Ave. Each and Elena Brian brought from Broomejo Turkish fast food to Bloomington, providing customers with the opportunity to add the toppings to the typical base of potato, butter, sour cream, green onion and cheese.

**Gables Bagels**

New York-style bagel shop Gables Bagels opened a new location inside FORD Building at 112 S. College Ave. back in early September 2025. The hotel is located at 200 E. Kirkwood Ave near the CVS Pharmacy. It sells bagels, sandwiches and schmears with flavors like maple bacon habanero, strawberry and vegan chive. One of their noteworthy items is the rainbow bagel, which is a giant bagel made with colored red, blue and yellow.

**Dave & Buster's**

Hoosier Alley

**Bloomington Chocolate**

Arcade and Entertainment isn't the only recent arrival in Bloomington. r-e-s-t-a-u-r-a-n-t entertainment venue Dave & Buster's, a national arcade and restaurant chain, opened its third Indiana location in Bloomington on Jan. 27.

**Company**

The Bloomington Chocolate Company opened a new location downtown at The Bookish Chomley Theater, in early March. The sweet shop sells truffles, which can and novelty desserts like hot chocolate-covered strawberries and Double Seal Oreos.

The other location is near College Mall, at 2314 E. Third St., inside The Olive Leaf.

**Smoothie King**

National franchise Smoothie King opened a location in Bloomington on Nov. 5, 2024, so there's a new place for fans to get their smoothie fix during Homecoming weekend. Smoothie King offers customers a wide variety of ingredients like high-fructose corn syrup and whey protein, as well as smoothie bowls. The Bloomington Smoothie King is located in The Shoppes at 601 S. College Mall Road.

**Lan Ramen & Aqua Tea**

While Lan Ramen & Aqua Tea might not be new to Bloomington, its location at 415 E. 11th St. in the restaurant having taken over the former site of Brilliant Coffee Company and Nourish. The Herald-Times reported that the ramen restaurant moved into its current sign on Aug. 18, so if you want some ramen now or aquatea before or after the game, check them out.

PROMOTIONAL SPACE