IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES RODENBUSH, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 1:25-cv-2230 – MPB-TAB |
| v. | ) |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Comes now, the Plaintiff, by counsel, and hereby submits the following preliminary witness and exhibit list:

### WITNESSES

1. James Rodenbush
2. Representatives of the Trustees of Indiana, Defendant
3. Mia Hilkowitz
4. Andrew Miller
5. Greg Menkedick
6. Jeff Soper
7. Ruth Witner
8. Malinda Aston
9. David Tolchinsky
10. Galen Clavio
11. Ron McFall
12. Katie Higgins

13. Emily Harrison

14. Mike Arnold

15. Elaine Monaghan

16. Mike Hiestand

17. Jonathan Gaston Falk

18. Gary Green

19. Rahul Shrivastav

20. David Reingold

21. Rebbecca Stanze

22. All witnesses disclosed by Defendants

23. Any and all witnesses as later identified throughout discovery

24. Any person necessary for authentication of documents, impeachment or rebuttal

**EXHIBITS**

1. September 25, 2025 recording conversation between Menkedick, Soper, Clavio, McFall, and Plaintiff

2. October 9, 2025 recording conversation with Tolchinsky and Stanze

3. Rodenbush Linked In Post

4. Email correspondence including Mike Arnold

5. Email correspondence including Rebecca Stanze

6. Any documentation supporting his lost wages claim

7. Any and all documents listed by Defendants

8. Any and all documents as later obtained through non-party subpoenas

9. Any and all documents as later identified through discovery

Respectfully submitted,

/s/*Annemarie Alonso*
Annemarie Alonso
Jonathan Little
Saeed & Little, LLP
133 W. Market St. #189
Indianapolis, IN 46204
jon@sllawfirm.com
annie@sllawfirm.com