UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES RODENBUSH,                              )
                                             )
                    *Plaintiff,*              )
                                             )
        v.                                    )        No. 1:25-cv-02230-MPB-MKK
                                             )
THE TRUSTEES OF INDIANA UNIVERSITY,           )
                                             )
                    *Defendant.*              )

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendant, by counsel, pursuant to the Case Management Plan entered December 29, 2025,

submits the following preliminary lists of witnesses and exhibits that may be used at trial, based on

the information known to Defendant at the time of filing.

**PRELIMINARY WITNESS LIST**

A.    Plaintiff James Rodenbush

B.    Audrie Arlean Osterman

C.    David E. Tolchinsky

D.    Galen Emil Clavio

E.    Gerry Lanosga

F.    Mike Arnold

G.    Rebecca C. Stanze

H.    Subject to investigation and discovery, other witnesses may include persons with

      knowledge that pertain to Plaintiffs' allegations, Plaintiffs' requested damages and

      other remedies, or defenses to Plaintiffs' allegations or claims.

1

## PRELIMINARY EXHIBIT LIST

A.  The documents attached as exhibits to Plaintiff's Complaint;

B.  The IU policies related to Plaintiff's employment and those referenced in Plaintiff's Complaint;

C.  Written and/or electronic correspondence sent to or from Plaintiff regarding facts concerning this lawsuit's claims and defenses;

D.  Non-privileged written and/or electronic correspondence sent to or from Defendant regarding facts concerning this lawsuit's claims and defenses;

E.  Documents related to the terms and conditions of Plaintiff's employment by IU;

F.  Documents related to Plaintiff's performance of his duties at IU;

G.  Plaintiff's personnel file and other employment-related records;

H.  Documents concerning student evaluations, complaints and/or concerns about Plaintiff;

I.  Any documents introduced in any deposition taken by the parties in this case (not yet obtained);

J.  Any documents identified by Plaintiff in his Initial Disclosures (not yet obtained);

K.  Documents produced during discovery (not yet obtained);

L.  Any relevant documents related to witness credibility; and

M.  Any and all relevant documents introduced in any deposition taken by the parties in this case (not yet obtained);

N.  Relevant documents coming to light during the course of the case that reference or pertain to Plaintiffs' allegations, Plaintiffs' claims for damages, or Defendants' defenses;

O.  Subject to investigation and discovery, additional documents may be discovered which support Defendants' assertions or defenses.

Defendants reserve the right to supplement or modify these Preliminary Witness and Exhibit Lists prior to trial as discovery continues and further facts become known.

2

Respectfully submitted,

/s/ *Charity Seaborn*
John R. Maley
Amanda Jane Gallagher
Charity Seaborn
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204

*Counsel for Trustees of Indiana University*