UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES RODENBUSH,                          )
                                          )
Plaintiff,                                )
                                          )
v.                                        )          Case No. 1:25-cv-02230-MPB-MKK
                                          )
TRUSTEES OF INDIANA                       )
UNIVERSITY,                               )
                                          )
Defendants.                               )

---

PLAINTIFF'S RULE 41 NOTICE OF VOLUNTARY DISMISS
IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE

---

Comes now Plaintiff James Rodenbush, by counsel, and respectfully responds to the Court's Order to Show Cause [Dkt. 50] by filing this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), noting that Defendant has neither answered nor filed a motion for summary judgment. Because Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim, this dismissal is *without prejudice*. Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

s/ *Jessica Wegg*
Jessica Wegg, jessica@sllawfirm.com
Jonathan Little, jon@sllawfirm.com
Dan Canon, dan@sllawfirm.com
Annemarie Alonso, annie@sllawfirm.com
SAEED & LITTLE, LLP
#189 – 133 West Market Street

Indianapolis, IN 46204
(812) 320-3367