UNITED STATES D[...]
SOUTHERN DISTRI[...]
INDIANAPOL[...]

JAMES RODENBUSH,                )
                                )
Plaintiff,                      )
                                )
v.                              )
                                )
TRUSTEES OF INDIANA             )
UNIVERSITY,                     )
                                )
Defendants.                     )

**1:25-cv-02230-MPB-MKK**

Dismissal without prejudice acknowledged. The Clerk is directed to close this case.

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Dated: April 22, 2026

### PLAINTIFF'S RULE 41 NOTICE OF VOLUNTARY DISMISS IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Comes now Plaintiff James Rodenbush, by counsel, and respectfully responds to the Court's Order to Show Cause [Dkt. 50] by filing this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), noting that Defendant has neither answered nor filed a motion for summary judgment. Because Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim, this dismissal is *without prejudice*. Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

s/ *Jessica Wegg*

Jessica Wegg, jessica@sllawfirm.com
Jonathan Little, jon@sllawfirm.com
Dan Canon, dan@sllawfirm.com
Annemarie Alonso, annie@sllawfirm.com
SAEED & LITTLE, LLP
#189 – 133 West Market Street